# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DAN E. MOLDEA**,

       Plaintiff,

      v.

**MICHAEL OVITZ**,

       Defendant.

Case No. 18-cv-00560 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [3] Defendant's Motion to Dismiss is DENIED.

**SO ORDERED.**

 

CHRISTOPHER R. COOPER
United States District Judge

Date:  February 6, 2019